IN THE UNITED STATES BANKRUPTCY COURT
FOR THEWESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-22589-CMB |
| | ) | |
| DOUGLAS R. NASH, | ) | Chapter: 13 |
|     Debtor, | ) | |
| | ) | |
| DOUGLAS R. NASH, | ) | |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| MIDLAND FUNDING LLC, | ) | |
|     Respondent. | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTOR'S
OBJECTION TO CLAIM OF MIDLAND FUNDING LLC AT CLAIM #3**

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 21, 2016 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on Wednesday, December 21, 2016, at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: November 4, 2016

                                     Michael S. Lazaroff, Esquire_____
                                       Attorney for Movant/Applicant
                                       */s/ Michael S. Lazaroff*_____
                                       Signature
                                         300 N. McKean St., Butler PA 16001
                                       Address
                                         724-256-8859_____
                                         Telephone Number
                                         PA ID No. 204494_____
                                         Attorney I.D. No.