# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Douglas R. Nash, Debtor

Bankruptcy No.:  16-22589-CMB
Chapter 13

Related to Claim No. 3

Douglas R. Nash, Movant

v.

Midland Funding LLC, Respondent

## CERTIFICATE OF SERVICE

I, Michael S. Lazaroff, Esquire, of 300 North McKean Street, Butler, PA 16001

CERTIFY:

That I am at least 18 years of age;

That on the 4th day of November, 2016, I served a copy of the *Objection to Claim* (Claim #11) along with the *Notice of Hearing With Response Deadline* filed in this proceeding on:

| | |
|---|---|
| Office of the U.S. Trustee<br>via CM/ECF e-mail noticing | Ronda Winnecour, Chapter 13 Trustee<br>via CM/ECF e-mail noticing |

and on the Respondent in this proceeding at the following addresses:

Tara Moxley, Bankruptcy Specialist
via e-mail to MBX_ILMS_Bankruptcy@mcmcg.com

Tara Moxley
Midland Credit Management, Inc.
PO Box 2011
Warren, MI 48090

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on:  November 4, 2016

/s/ *Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
PA ID No. 204494

The Cingolani Building
300 North McKean Street
Butler, PA 16001

724-256-8859

ButlerDebtLaw@zoominternet.net