UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: Douglas R. Nash : Case No. 16-22589-CMB
          Debtor : Chapter 13
           : Related to Document # 42

CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER

NOW, this _____ day of _____, 2017, upon an agreement reached between the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED, that the 1/23/17 order, confirming the debtors' chapter 13 plan dated 7/13/16, is amended to add the following provisions:

The claim of JPMorgan Chase Bank (Claim No. 8) shall govern as to amount, classification and rate of interest, and it shall be paid as a long term debt.

The confirmation order dated 1/23/17 otherwise remains in full force and effect.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:

 /s/ Michael S. Lazaroff
Michael S. Lazaroff,  PA I.D. 204494
Attorney for Debtor
The Cingolani Building
300 North McKean Street
Butler, PA 16001
724-256-8859
ButlerDebtLaw@zoominternet.net

/s/ Richard J. Bedford_____
Richard J. Bedford, PA I.D. 25069
Counsel for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh  PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com