# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No.: 16-22589-CMB |
| | Chapter 13 |
| Douglas R. Nash, Debtor | |
| | Related to Document No. 53 |
| | Related to Claim No. 8 |
| JPMorgan Chase Bank, N.A., Movant | |
| | |
| v. | |
| | |
| Douglas R. Nash and | |
| Ronda J. Winnecour, Esq., *Trustee*, | |
| Respondents | |

## **DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE**

AND NOW, comes the Debtor/Respondent Michael S. Lazaroff, by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

1. Movant filed a *Notice of Mortgage Payment Change* at Claim 8 in the above captioned Chapter 13 case.

2. By Order of Court dated July 25, 2017, this Court directed the debtor or debtor's counsel, within twenty-one (21) days from the date that the Notice was docketed, to file either an Amended Chapter 13 Plan; a Declaration that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or, an Objection to the Notice of Mortgage Payment Change.

3. Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt.

Respectfully submitted,

*/s/ Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056

724-352-4905

ButlerDebtLaw@zoominternet.net