**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Bankruptcy No.:  16-22589-CMB<br>Chapter 13 |
| Douglas R. Nash, Debtor | |
| | Related to Document No. 53<br>Related to Claim No. 8 |
| JPMorgan Chase Bank, N.A., Movant | |
| v. | |
| Douglas R. Nash and<br>Ronda J. Winnecour, Esq., *Trustee*,<br>Respondents | |

**CERTIFICATE OF SERVICE**

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, Saxonburg, PA 16056,

CERTIFY:

That I am at least 18 years of age;

That on the 11th day of August, 2017, I served a copy of the *Debtor's Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

| | |
|---|---|
| Office of the U.S. Trustee<br>Chapter 13 Trustee<br>via CM/ECF noticing | Ronda Winnecour, Esquire<br>Chapter 13 Trustee<br>via CM/ECF noticing |

<u>via first class U.S. mail:</u>
Lee Gates, Vice President
JPMorgan Chase Bank, N.A.
Chase Records Center
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

I certify under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on:  August 11, 2017 | */s/ Michael S. Lazaroff*<br>Michael S. Lazaroff, Esquire<br>PA ID  No. 204494 |
| ` | 277 West Main Street<br>PO Box 216<br>Saxonburg, PA 16056-0216<br>724-352-4905 |
| | ButlerDebtLaw@zoominternet.net |