# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DOUGLAS R. NASH                                    Case No. 16-22589CMB

        Debtor(s)
RONDA J. WINNECOUR,                                Chapter 13
Standing Chapter 13 Trustee,

        Movant                                       Document No __
vs.
JPMORGAN CHASE BANK NA

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to BAYVIEW LOAN SERVICING. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

JPMORGAN CHASE BANK NA                             Court claim# 8/Trustee CID# 2
3415 VISION DR
MAIL CODE OH4-7142
COLUMBUS, OH 43219

The Movant further certifies that on 09/08/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
DOUGLAS R. NASH, 2646 SAPLING DRIVE, ALLISON PARK, PA  15101

:
CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203

NEW CREDITOR:
BAYVIEW LOAN SERVICING
ATTN: CUSTOMER SERVICE DEPT
4425 PONCE DE LEON BLVD
CORAL GABLES, FL 33146

DEBTOR'S COUNSEL:
MICHAEL S LAZAROFF ESQ, LAZAROFF & SUHR, PO BOX 216, SAXONBURG, PA  16056-0216

ORIGINAL CREDITOR:
JPMORGAN CHASE BANK NA, 3415 VISION DR, MAIL CODE OH4-7142, COLUMBUS, OH  43219