IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Douglas R. Nash, Debtor | Bankruptcy No.: 16-22589-CMB |
| | Chapter 13 |
| Douglas R. Nash, Movant | Rel. to Claim #8 |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, Respondent | |

**DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE**

AND NOW, comes the Debtor/Respondent Douglas R. Nash, by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represents as follows:

1. Movant filed a *Notice of Mortgage Payment Change* at Claim 8 in the above captioned Chapter 13 case.

2. Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt as the Debtor is paying slightly more than the required Plan payment and such payment will cover the increase.

Respectfully submitted,

*/s/ Michael S. Lazaroff*_____
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street, PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtors