## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Douglas R. Nash, Debtor | Bankruptcy No.: 16-22589-CMB<br>Chapter 13 |
| Douglas R. Nash, Movant | Rel. to Claim #8 |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, Respondent | |

### CERTIFICATE OF SERVICE

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 29th day of December, 2020, I served a copy of the *Debtor's Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esquire
Chapter 13 Trustee
via CM/ECF noticing

Brian C. Nichols, Attorney for Community Loan Servicing
via CM/ECF electronic filing

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on:  December 29, 2020

        s/ *Michael S. Lazaroff*_____
        Michael S. Lazaroff, Esquire
        PA ID  No. 204494

        Law Office of Michael S. Lazaroff
        277 West Main Street, PO Box 216
        Saxonburg, PA 16056-0216
        724-352-4905

        ButlerDebtLaw@zoominternet.net

        Counsel for Debtor/Movant