**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DOUGLAS R. NASH<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>DOUGLAS R. NASH<br><br>       Respondents | Case No. 16-22589CMB<br><br>Chapter 13<br><br>Document No. __71__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __24th__ day of __August__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pnc Bank*
Attn: Payroll Manager*
620 Liberty Ave 2 Pnc Plz*
Pittsburgh, PA 15222-

is hereby ordered to immediately terminate the attachment of the wages of DOUGLAS R. NASH, social security number XXX-XX-4513. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DOUGLAS R. NASH.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
8/24/21 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 16-22589-CMB
Douglas R. Nash | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2
Date Rcvd: Aug 24, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Douglas R. Nash, 2646 Sapling Drive, Allison Park, PA 15101-4203 |
|  | PNC Bank, Attn: Payroll Manager, 620 Liberty Ave 2 PNC Plz, Pittsburgh, PA 15222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Douglas R. Nash butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |

District/off: 0315-2     User: gamr     Page 2 of 2
Date Rcvd: Aug 24, 2021     Form ID: pdf900     Total Noticed: 2

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 8