IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Douglas R. Nash, Debtor                                      Bankruptcy No.: 16-22589-CMB
                                                             Chapter 13

Douglas R. Nash, Movant

    v.

Ronda J. Winnecour, Chapter 13 Trustee, Respondent.

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

And now, comes the Debtor Douglas R. Nash, by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represents as follows:

1. The Debtor/Movant has made all payments required by the Chapter 13 Plan.

2. The Debtor/Movant is not required to pay any domestic support obligations.

3. The Debtor/Movant is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor/Movant has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor/Movant ineligible for a discharge.

4. On September 15, 2021, at docket number 76, Debtor/Movant complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification About A Financial Management Course,* with the requisite *Certificate of Debtor Education* attached.

5. This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned the Debtor/Movant about the statements in this *Certification* and verified the answers in support of this Certification.

Date:  September 24, 2021

/s/ *Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
Attorney for Debtors/Movants
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216

724-352-4905

ButlerDebtLaw@zoominternet.net