**Fill in this information to identify the case:**

Debtor 1        Douglas R. Nash

Debtor 2

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number :    16-22589-CMB

# Form 4100R

## Response to Notice of Final Cure Payment         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** First Financial Bank, formerly known as First Financial Bank, N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust Company as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known):  **7**

**Last 4 digits** of any number you use to identify the debtor's account: **7630**

**Property Address:**    **2646 SAPLING DR**
**ALLISON PARK, PA 15101**

### Part : 2   Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $

### Part 3:   Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) Is due on: 2021-10-25

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:     (a) $

  b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $

  c. **Total**. Add lines a and b.     (c) $

  Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Debtor 1   <u>Douglas        R.             Nash</u>
           First Name   Middle Name   Last Name

Case number (if known)   <u>16-22589-CMB</u>

## Part 4:   Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Julian Cotton                                              09/24/2021
_____                        Date _____
Signature

| | | | |
|---|---|---|---|
| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | |
|---|---|
| Address | 6267 Old Water Oak Road, Suite 203 |
| | Tallahassee FL, 32312 |
| Contact phone | (850) 422-2520     Email     plginquiries@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH**

IN RE: DOUGLAS R. NASH  No: 16-22589-CMB
  CHAPTER 13
  Debtor(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 24th _____ day of September, 2021.

/S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 16-22589-CMB)**

Debtor
Douglas R. Nash
2646 Sapling Drive
Allison Park, PA 15101

Attorney
Michael S. Lazaroff
Law Office of Michael S. Lazaroff
277 West Main St.
PO Box 216
Saxonburg, PA 16056

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222