**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
 DOUGLAS R. NASH

  Debtor(s)

 Ronda J. Winnecour
  Movant
   vs.
 No Repondents.

Case No.:16-22589

Chapter 13

Related to: Document No. 78

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___12th___ day of ___November___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/12/21 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 16-22589-CMB
Douglas R. Nash      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 3
Date Rcvd: Nov 12, 2021      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas R. Nash, 2646 Sapling Drive, Allison Park, PA 15101-4203 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15426234 | + | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14258761 | | Discover Personal Loans, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 14258762 | | Ditech Financial LLC, PO Box 6176, Rapid City, SD 57709-6176 |
| 14258763 | | Freedom Debt Relief, 1675 South Grant St, Suite 400, San Mateo, CA 94402 |
| 14258764 | + | Jonathan P. Cawley, Esquire, Zwicker & Associates PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 15228184 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14325304 | | U.S. Bank, N.A. as trustee, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 13 2021 02:59:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14699269 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 13 2021 02:59:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables Florida 33146-1873 |
| 15302640 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 13 2021 02:59:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14258760 | | Email/Text: mrdiscen@discover.com | Nov 13 2021 02:59:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 14261629 | | Email/Text: mrdiscen@discover.com | Nov 13 2021 02:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14262766 | + | Email/Text: dplbk@discover.com | Nov 13 2021 03:00:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14312725 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 13 2021 03:00:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14258758 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2021 03:02:40 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14258759 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2021 03:02:40 | Chase Home Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14519039 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2021 03:02:56 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14306076 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2021 02:59:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320693 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 16-22589-CMB    Doc 90    Filed 11/14/21    Entered 11/15/21 00:29:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 13 2021 03:02:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14258765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2021 03:03:01 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14258766 | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2021 03:02:50 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14258767 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2021 03:02:57 | Synchrony Bank/PayPal, Attn: Bankruptcy Dept., PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Douglas R. Nash butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: dpas Page 3 of 3
Date Rcvd: Nov 12, 2021 Form ID: pdf900 Total Noticed: 24

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9